GEO. B. HENEY, Appellant, v. PIMA COUNTY, Appellee.
(Civil No. 243.)

(S. C. 17 Pac. 263.)

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

Haynes & Mitchell and F. J. Heney, for Appellant.

H. R. Jeffords, Dist. Atty., for Appellee.

PER CURIAM. In this case we are asked to review the decision of this court in case of same title reported in 2 Ariz. 257, 14 Pac. 299. We see no good reason to change the views there expressed. The county is not bound by law to pay these fees; and, to be bound by contract, must assent to it. The board, however, have power to deal with the equities of the case, so forcibly urged upon us, and it rests with them to pay for these services as they see fit. The judgment is affirmed.

Wright, C. J., and Porter and Barnes, JJ., concur.

(Opinion filed April 5, 1888.)